# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

Before:     Myrna Pérez,
                    *Circuit Judge.*

_____

G.F.F., on their own behalf and on behalf of others similarly situated, J.G.O., on their own behalf and on behalf of others similarly situated,

        Petitioners - Appellees,

  v.

Donald J. Trump, et al.,

        Respondents - Appellants.

**ORDER**

Docket No. 25-1671

_____

    Appellants move to hold this appeal in abeyance pending the disposition of a forthcoming petition for a writ of certiorari in *W.M.M. v. Trump,* No. 25-10534 (5th Cir.). Appellees do not oppose the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is held in abeyance pending the Supreme Court's resolution of any petition for certiorari from the Fifth Circuit's forthcoming decision in *W.M.M. v. Trump,* No. 25-10534 (5th Cir.), or, if such petition is granted, pending the Supreme Court's decision in that case. Either party may move to lift this order holding the appeal in abeyance based on a change of circumstances.

    The Appellants are directed to file stay status update letters in 30-day intervals, beginning 30 days from the date of this order.

                                                  For the Court:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court